UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN NUNNALLY,

        Plaintiff,                            Case No. 2:12-CV-378

v.                                                Hon. Gordon J. Quist

JEFFREY WOODS, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 28, 2014. In that Report and Recommendation, Magistrate Judge Greeley recommends that Defendants' motion for summary judgment be granted in part and that the claims against Defendants Anderson, Crisp, MacDonald, Nichols, and Swift be dismissed. The Report and Recommendation was duly served on Plaintiff on January 29, 2014. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed January 28, 2014 (dkt. no. 37) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (dkt. no.17) is **GRANTED in part**, and Plaintiff's claims against Defendants Anderson, Crisp, MacDonald, Nichols, and Swift are **DISMISSED**. The claims against Defendants Mertaugh, Brown, and Eicher remain.

Dated: February 25, 2014                                      /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE