UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN NUNNALLY,

        Plaintiff,                        Case No.  2:12-CV-378

v.                                          Hon. Gordon J. Quist

JEFFREY WOODS, et al.,

        Defendants.
                               /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 26, 2014.  In that Report and Recommendation, Magistrate Judge Greeley recommends that the Court deny Defendant Eicher's motion for summary judgment. The Report and Recommendation was duly served on the parties on June 26, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed June 26, 2014 (dkt. # 57) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Eicher's Motion for Summary Judgment (dkt. # 38) is **DENIED**.


Dated:  July 17, 2014                                        /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE